## United States District Court
### Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| N6 26 | 09942110 | DUNAS | 6235 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/23/2022 1425 | 36 CFR 5.3 |

Place of Offense: 458 AUBURN AVE, NE, ATLANTA

Offense Description. Factual Basis for Charge: COMMERCIAL OPERATIONS / SOLICITATION WITHOUT A PERMIT

**DEFENDANT INFORMATION**

Last Name: WILLIAMS
First Name: RUDY
Street Address: 1328 PEACHTREE ST, NE
City: ATLANTA  State: GA  Zip: 30309  DOB: 07/27/1958
Drivers License No: [redacted]318815  D.L. State: GA
Sex: Male  Hair: BLK  Eyes: BRN  Height: 5'8"  Weight: 152

**VEHICLE**
Tag No: N/A

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

Forfeiture Amount: N/A
+ $30 Processing Fee
Total Collateral Due:

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: NP22168019

X Defendant Signature

Original - CVB Copy
*09942110*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 06/23, 20 22 while exercising my duties as a law enforcement officer in the NORTHERN District of GEORGIA

— PLEASE SEE ATTACHED SHEET —

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/24/2022   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.