CVB SCAN 07/13/2022 10:39

# Probable Cause Statement

Violation Notice # 09942110

Incident #: NP22168019

Incident Date: 06/23/2022

Investigating Officer: D. DUNAJ, #CR35

On 06/23/2022 at approximately 1425 hours, US Park Ranger Jose ROCHEZ and I contacted Rady WILLIAMS, in front of the park's Visitor Center entrance. ROCHEZ and I both observed WILLIAMS with a black garbage bag containing t-shirts. ROCHEZ observed him holding up a t-shirt for apparent sale. WILLIAMS held the t-shirt in the view of passers-by. ROCHEZ was able to photograph WILLIAMS displaying the t-shirt.

The location that WILLIAMS was located is within the Special Maritime and Territorial Jurisdiction of the United States, on land owned by the National Park Service.

WILLIAMS was non-cooperative and refused repeated requests to provide identification. WILLIAMS retrieved his cell phone and appeared to record our interaction. I completed a violation notice with information provided by ROCHEZ, from a previous contact. I issued the violation notice to WILLIAMS pursuant to 36 CFR 5.3: Commercial Operations / Solicitation without a permit.

Body camera footage of the incident may be available.