FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 6 2023

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | No. 1:22-MJ-786-CMS |
| RADY WILLIAMS | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about June 23, 2022, in the Northern District of Georgia, the defendant, RADY WILLIAMS, attempted to and did engage in and solicit business in a park area, that is, the Martin Luther King, Jr. National Historic Park, and he did so without a permit, contract, or other written agreement with the United States, and without specific authorization under special regulations applicable to the park area, all in violation of 36 C.F.R. § 5.3 and 18 U.S.C. § 1865(a).

### Count Two

On or about July 8, 2023, in the Northern District of Georgia, the defendant, RADY WILLIAMS, attempted to and did threaten, resist, intimidate, and intentionally interfere with a government employee and agent, that is D.D., engaged in an official duty and on account of the performance of an official duty, all in violation of 36 C.F.R. § 2.32(a)(1) and 18 U.S.C. § 1865(a).

RYAN K. BUCHANAN
  *United States Attorney*

JAMIL FAVORS
  *Assistant United States Attorney*
  Georgia Bar No. 549881

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181